**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wendell SERGEANT, a/k/a William
Brown, Defendant–Appellant.**

**No. 09–7629.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 9, 2009.

Decided: Jan. 13, 2010.

Wendell Sergeant, Appellant Pro Se. Hunter Paul Smith, Jr., Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendell Sergeant appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny his motion for a tran-script at Government expense, and affirm for the reasons stated by the district court. *See United States v. Sergeant,* No. 2:92–cr–00329–2 (S.D. W. Va. July 14, 2009; July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*